IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARA SLATTERY,<br>    Plaintiff,<br><br>v.<br><br>MAIN LINE HEALTH, INC.,<br>MAIN LINE HEALTHCARE, INC., and<br>MAIN LINE HEALTH INTEGRATIVE<br>AND FUNCTIONAL MEDICINE<br>SERVICES,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 22-4994 |

# O R D E R

**AND NOW**, this 24th day of March, 2025, upon consideration of Defendants' Motion to Exclude Plaintiff's Expert Reports and Opinions (ECF No. 21), the response thereto (ECF No. 23), and the reply thereto (ECF No. 24), **IT IS ORDERED** that Defendants' Motion is **GRANTED.** The expert reports and opinions of Dr. Peter McCullough and Dr. Akram Boutros shall be **EXCLUDED** from the Record. Defendants and Plaintiff shall notify this Court by **March 31, 2025** stating if they wish to amend their filings related to Defendants' pending Motion for Summary Judgment as a result of this Order. (ECF No. 22.)

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.