IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARA SLATTERY,<br>　　　　　Plaintiff,<br><br>v.<br><br>MAIN LINE HEALTH, INC.,<br>MAIN LINE HEALTHCARE, INC., and<br>MAIN LINE HEALTH INTEGRATIVE<br>AND FUNCTIONAL MEDICINE<br>SERVICES,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  22-4994 |

## O R D E R

**AND NOW**, this 31st day of March, 2025, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 22), Plaintiff's response thereto (ECF No. 25), Defendants' Reply (ECF No. 26), the Court's Order dated March 24, 2025 (ECF No. 33), and the letter correspondence from the parties, **IT IS ORDERED** as follows:

1. Plaintiff shall file an amended response to Defendant's Motion for Summary Judgment by **April 30, 2025.**

2. Defendants shall have **thirty (30)** days to reply to Plaintiff's amended response.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HODGE, KELLEY B., J.