IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARA SLATTERY,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MAIN LINE HEALTH, INC.,<br>MAIN LINE HEALTHCARE, INC., and<br>MAIN LINE HEALTH INTEGRATIVE<br>AND FUNCTIONAL MEDICINE<br>SERVICES,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  22-4994 |

**O R D E R**

**AND NOW**, this 25th day of June, 2025, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 22) and all the responses thereto, **IT IS ORDERED** that the Motion is **GRANTED.** Judgment shall be entered **IN FAVOR** of Defendants Main Line Health Inc, Main Line Healthcare, Inc. and Main Line Health Integrative and Functional Medicine Services. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.** The Court Clerk shall mark this matter as **CLOSED.**

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HODGE, KELLEY B., J.